McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2738

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. S-03-0309 GEB |
|---|---|---|
| Plaintiff, | ) | **ORDER TO WITHDRAW BENCH WARRANT** |
| v. | ) | |
| JEFFREY M. MALONE, | ) | |
| Defendant. | ) | |

At the request of Pretrial Services and the parties, the bench warrant issued by this Court on or about January 28, 2005 is hereby WITHDRAWN.

IT IS SO ORDERED.

Dated: April 22, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

1