1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2754

5  Attorneys for Plaintiff

FILED

APR 2 2 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-03-309-GEB |
| ) | |
| Plaintiff, ) | |
| ) | APPLICATION AND ORDER FOR |
| v. ) | WRIT OF HABEAS CORPUS AD |
| ) | PROSEQUENDUM |
| JEFFREY M. MALONE, ) | |
| ) | |
| Defendant. ) | |

COMES NOW the United States of America by the United States Attorney and represents and shows:

That there is now detained in Sacramento County Jail, in the custody of the Warden, Sheriff or Jailor thereof, the defendant in the above-entitled case, which case will be called to appear for sentencing, and for such other proceedings as may be proper, and that it is necessary to have the defendant present in the courtroom of Judge Garland E. Burrell, Jr., United States District Court, Federal Building and U.S. Courthouse, 501 I Street, Sacramento, California; and in order to secure the presence of the defendant it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued commanding the Warden, Sheriff or Jailor to produce the defendant in court forthwith, and at

1  such other dates as may be necessary in order to procure
2  defendant's presence for arraignment, plea and all other
3  proceedings incident thereto.
4      WHEREFORE, your petitioner prays for an order directing the
5  issuance of a Writ of Habeas Corpus ad Prosequendum out of and
6  under the seal of this Court, directed to the Warden, Sheriff or
7  Jailor, commanding him to have and produce the above-named
8  defendant in the United States District Court forthwith, and then
9  and there to present the defendant before the Court and from day
10 to day thereafter as may be necessary, and at the termination of
11 the proceedings against the defendant to return defendant to the
12 custody of the Warden, Sheriff or Jailor.
13 DATED: 4/22/05

McGREGOR W. SCOTT
United States Attorney

By _____
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney

## O R D E R

Upon reading and filing the foregoing application in that behalf;

**IT IS ORDERED** that a Writ of Habeas Corpus ad Prosequendum be issued as prayed for herein.

DATED: 4-22-05

_____
GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT COURT JUDGE