1  DAVID W. DRATMAN
   Attorney at Law
2  California State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, CA 95814
   Telephone: (916) 443-2000
4  Facsimile: (916) 443-0989

5  EAN VIZZI, Esq. (SB No.209444)
   PIER 5 LAW OFFICES
6  506 Broadway
   San Francisco, CA 94133
7  Tel: 415/986-5591
   Fax: 415/421-1331
8
   Attorneys for Defendant
9  DAREN GLOSSER

10

11              **UNITED STATES DISTRICT COURT**

12              **EASTERN DISTRICT OF CALIFORNIA**

13

14  UNITED STATES OF AMERICA,                    **CR. S-05-309 GEB**

15                 Plaintiff,            **STIPULATION AND [PROPOSED]
                                          ORDER CONTINUING STATUS**
16           vs.                         **CONFERENCE AND EXCLUDING
                                          TIME UNDER THE SPEEDY TRIAL**
17  DAREN GLOSSER, et al.,                **ACT**

18                 Defendants.

19

20

21      IT IS HEREBY STIPULATED between the United States of America, through its attorney

22  of record, Samuel Wong, Assistant U.S. Attorney; Daren Glosser, through his attorneys, David

23  W. Dratman and Ean Vizzi; and Shannon Selle, through her attorney, Randolph E. Daar, that the

24  status conference scheduled for March 17, 2006, shall be continued to March 31, 2006 at 9:00 a.m.

25      This case involves the service of at least nine separate search warrants in two federal

26  judicial districts. The parties stipulate and agree that this matter continues to be complex within the

27  meaning of the Speedy Trial Act due to the volume of discovery (over 3,200 pages, at least 8 CDs

28  of photographs, 3 videotapes, hundreds of seized exhibits), complexity of factual and legal issues,

1  and the need for defense counsel to have additional time to conduct the defense investigation and

2  prepare.

3         The parties stipulate and agree that time, from March 17, 2006 through and including March

4  31, 2006, shall be excluded from computation of time within which the trial of this case must be

5  commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex)

6  and T4 (time for defense counsel to prepare).

7

8  Dated:  March 16, 2006                          /s/ David W. Dratman
                                                DAVID W. DRATMAN
9                                               EAN VIZZI
                                                Attorney for Defendant
10                                              DAREN GLOSSER

11

12 Dated:  March 16, 2006                          /s/ Randolph E. Daar*
                                                RANDOLPH E. DAAR
13                                              Attorney for Defendant
                                                SHANNON SELLE
14                                              *Signed with permission

15

16 Dated: March 16, 2006                           McGREGOR W. SCOTT
                                                UNITED STATES ATTORNEY
17

18                                              By: /s/ Samuel Wong*
                                                   SAMUEL WONG
19                                                 Assistant U.S. Attorney
                                                   *Signed with permission
20

21                                   **ORDER**

22         The Court having received, read, and considered the stipulation of the parties, and good cause

23 appearing therefrom,

24         The Court adopts the stipulation of the parties in its entirety as its order. Based on the

25 stipulation of the parties, the Court finds that this case is unusual and complex within the meaning

26 of Local Code T2.  The Court further finds that the failure to grant a continuance in this case would

27 deny defense counsel reasonable time necessary for effective preparation, taking into account the

28 exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting

1  of such continuance outweigh the interests of the public and that the time from March 17, 2006 to

2  and including March 31, 2006, shall be excluded from computation of time within which the trial

3  of this case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case

4  unusual and complex) and T4 (time for defense counsel to prepare).

5          It is so ordered.

6  Dated:  March 21, 2006

7
                                    /s/ Garland E. Burrell, Jr.
8                                   GARLAND E. BURRELL, JR.
                                    United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28